*BLANK IFP APPLICATION SUBMITTED BY PLAINTIFF: MORRIS, MARLON*

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                                 )  CV 08     2005
          Plaintiff,             )  CASE NO. _____
                                 )
     vs.                         )  PRISONER'S
                                 )  APPLICATION TO PROCEED
                                 )  IN FORMA PAUPERIS
                                 )
          Defendant.             )
_____ )

PJH (PR)

   I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

   In support of this application, I provide the following information:

1.  Are you presently employed?   Yes \_\_\_\_   No \_\_\_\_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ____ No ____

    b. Income from stocks, bonds, or royalties?      Yes ____ No ____

    c. Rent payments?      Yes ____ No ____

    d. Pensions, annuities, or life insurance payments?      Yes ____ No ____

    e. Federal or State welfare payments, Social Security or other government source?      Yes ____ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ____ No ____

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support : $ _____

    b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3  _____

4  _____

5  5.  Do you own or are you buying a home?          Yes ___ No ___

6  Estimated Market Value: $_____ Amount of Mortgage: $_____

7  6.  Do you own an automobile?                     Yes ___ No ___

8  Make _____ Year _____ Model _____

9  Is it financed? Yes _____ No _____ If so, Total due: $_____

10 Monthly Payment: $_____

11 7.  Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

12 Name(s) and address(es) of bank: _____

13 _____

14 Present balance(s): $_____

15 Do you own any cash? Yes ____ No ____ Amount: $_____

16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17 market value.) Yes ___ No ___

18 _____

19 8.  What are your monthly expenses?

20 Rent: $_____ Utilities: _____

21 Food: $_____ Clothing: _____

22 Charge Accounts:

23 Name of Account          Monthly Payment              Total Owed on This Acct.

24 _____   $_____        $_____

25 _____   $_____        $_____

26 _____   $_____        $_____

27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom

28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1  _____

2  _____

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                              Yes ____   No ____

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11      I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  _____          _____

15     DATE                        SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 4 -