```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018315
Cashier ID: bucklem
Transaction Date: 04/18/2008
Payer Name: BILL LOCKYER
------------------------------------
WRIT OF HABEAS CORPUS
 For: marlon morris
 Case/Party: D-CAN-3-08-CV-002005-001
 Amount:       $5.00
------------------------------------
CHECK
 Check/Money Order Num: 205044921
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

pjh

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

4-9-08

To whom it may concern,

This is the $5.00 filing fee for my Writ of Habeas Corpus.

Thank you,

Marlon Mo—

P.S. My full name is

Marlon Morris P-96526
C.S.P- Sac- C.4-116

I don't have a case # yet.

Thanks again.

_____

C-08-2005-PJH

MARLON MORRIS P-96526
C.S.R. SACRAMENTO C-4-116
P.O. BOX 290066
REPRESA, CA
95671-0066

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102

UNITED STATES POSTAGE
02 1A
0004609711
MAILED FROM ZIP CODE 95670
$00.00°
APR 18 2008
PITNEY BOWES
USA FIRST-CLASS FOREVER